United States District Court
Southern District of Texas

**ENTERED**

March 30, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| OSCAR TADEO ZUNIGA MEZA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-254 |
| | § | |
| KRISTI NOEM, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## **ORDER**

Petitioner Oscar Tadeo Zuniga Meza is currently detained by Immigration and Customs Enforcement at the Port Isabel Detention Center in Cameron County, Texas.  In this habeas action, Petitioner contests Respondents' ability to detain him without a bond hearing under 8 U.S.C. § 1225(b)(2)(A).

The Fifth Circuit's ruling in *Buenrostro-Mendez v. Bondi*, 166 F.4th 494 (5th Cir. 2026) forecloses Petitioner's statutory arguments.  But he contends that the Fifth Amendment's Due Process Clause does not permit Respondents to detain an individual under Section 1225(b)(2)(A) without an opportunity to seek bond.

The Court has previously considered and rejected similar arguments. *See, e.g., Kardava v. Vergara*, Civil Case No. 1:25-309 (S.D. Tex., March 3, 2025) (citing *Zuniga v. Lyons*, No. 1:25-CV-221-H, 2025 WL 3755126, at *8 (N.D. Tex. Dec. 29, 2025); *Guzman-Diaz v. Noem*, No. 3:25-CV-3008-X-BN, 2026 WL 309938, at *8 (N.D. Tex. Feb. 5, 2026); *Giron v. Noem*, No. 4:26-CV00086, 2026 WL 252370, at *2 (S.D. Tex. Jan. 28, 2026); *Banyee v. Garland*, 115 F.4th 928, 930 (8th Cir. 2024)).  To facilitate the Court's consideration of the issues that Petitioner presents, it is:

**ORDERED** that by no later than April 20, 2026, Petitioner Oscar Tadeo Zuniga Meza shall file a Statement explaining why the reasoning in the previously-referenced decisions does

1 / 2

not apply to the claims that he presents. If Petitioner does not file the Statement, the Court will deny the Petition.

Signed on March 30, 2026.

_____
Fernando Rodriguez, Jr.
United States District Judge